UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

JONATHAN E. SHIELDS,              )
                                  )
            Plaintiff,            )
                                  )
    v.                            )        Case No. 2:13CV0004 AGF/TCM
                                  )
CAROLYN W. COLVIN, Acting         )
Commissioner of Social Security,  )
                                  )
            Defendant.            )

**MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States

Magistrate Judge Thomas C. Mummert III, to whom this matter was referred for

recommended disposition pursuant to 28 U.S.C. § 636(b).  On January 29, 2014,

Magistrate Judge Mummert filed his Report and Recommendation, recommending that

the Court reverse and remand the decision of the Administrative Law Judge to deny

Plaintiff supplemental security income under Title XVI of the Social Security Act and

disability insurance benefits under Title II of the Social Security Act.  Neither party has

filed objections to the Report and Recommendation.

Upon careful consideration of the Report and Recommendation and the record in

this case, the Court concurs with the recommendation of the Magistrate Judge that the

Administrative Law Judge's decision in this matter should be reversed and remanded for

further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United

States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

A separate Judgment shall accompany this Memorandum and Order.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2014.